UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                ORDER
  v.               13-CR-165A

PETER MILITELLO,

          Defendant.

---

    The above-referenced case was referred to Magistrate Judge Jeremiah J. McCarthy, pursuant to 28 U.S.C. § 636(b)(1)(B). On November 15, 2013, Magistrate Judge McCarthy filed a Report and Recommendation, recommending that defendant's motion seeking suppression of physical evidence and statements be denied.

    The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

    ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge McCarthy's Report and Recommendation, defendant's motion to suppress physical evidence and statements is denied.

    The parties shall appear at 12:30 p.m. on December 12, 2013 for a meeting to set a trial date.

    SO ORDERED.

              *s/ Richard J. Arcara*
               HONORABLE RICHARD J. ARCARA
               UNITED STATES DISTRICT JUDGE

DATED: December 11, 2013